**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| RUBEN RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>TROOPER D.C. KOREY #9057, *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 25-cv-17380 (KMW-EAP)<br><br>**MEMORANDUM OPINION**<br>**AND ORDER** |

**THIS MATTER** comes before the Court by way of *pro se* Plaintiff Ruben Rodriguez's ("Plaintiff") Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") (ECF No. 6) pursuant to 28 U.S.C. § 1915(a)(1); and

**THE COURT NOTING** that, having reviewed Plaintiff's IFP Application, Plaintiff declares that his average monthly income, combined with his spouse, is $4790.60, and his monthly expenses total $4195.80. (IFP Application ¶¶ 1, 8). Plaintiff lists additional assets that include a home and two cars and does not have any dependents. (IFP Application ¶¶ 5, 7); and

**WHEREAS**, the Third Circuit has held that an application to proceed without paying filing fees is "based on a showing of indigence," *Douris v. Newtown Borough, Inc.*, 207 F. App'x 242, 243 (3d Cir. 2006) (citation omitted); and

**WHEREAS** the Court notes that although a person "need not be absolutely destitute to proceed in forma pauperis," Plaintiff must nonetheless, "establish that [he] is unable to pay the costs of [his] suit," *Hurst v. Shalk*, 659 F. App'x 133, 134 (3d Cir. 2016); and

**THE COURT FINDING** that because Plaintiff's monthly expenses do not exceed his income, Plaintiff has failed to demonstrate that he cannot pay the costs of litigation, and thus the Court denies the IFP Application.

**IT IS HEREBY** on this ___ day of May 2026, **ORDERED**

A.     Plaintiff's IFP Application (ECF No. 1) is hereby **DENIED**.

B.     The clerk is ordered to close the file. Plaintiff may submit payment in the amount of $405 within 14 days from the date of this order to reopen the case without further action from the court. Failure to submit the filing fee may result in the case being terminated.

C.     The Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
United States District Judge

2